SO ORDERED
Jun 02, 2016
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-43610 |
| Tierra M. Woods | ) | |
| | ) | |
| Debtor(s) | ) | 13 |
| | ) | |
| | ) | Motion to Extend Time |
| | ) | |
| | ) | |

**MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

Now comes the Debtor, Tierra M. Woods , and files this Motion to Extend Time, and in support thereof states:

1. That, on May 18, 2016, Debtor filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code;

2. That the case was filed without any schedules, a Statement of Affairs, an Attorney Fee Election Form, a Chapter 13 Statement of Disposable Income or a Chapter 13 plan.

3. That this honorable court has ordered that these documents be filed by June 1, 2016;

4. That debtor requires more time to file the missing schedules.

WHEREFORE, the debtor hereby requests that this Honorable Court issue an order extending the deadline to file missing documents to June 15, 2016..

    /s/ Sean C. Paul_____

Sean C. Paul
8917 Gravois Rd.
St. Louis MO 63123
(314) 827-4027

(314) 222-0619
scp@stlbankruptcyfirm.com

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this motion to parties listed below by first-class mail, unless otherwise indicated, on June 1, 2016.

    /s/ Sean C. Paul_____
Sean C. Paul

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0865-4<br>Case 16-43610<br>Eastern District of Missouri<br>St. Louis<br>Wed Jun  1 12:20:57 CDT 2016 | Affinity Property<br>811 Westridge Dr<br>O Fallon, MO 63366 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Ameren UE<br>PO Box 88068<br>Chicago, IL 60680-1068 | American Profit Recovery<br>34405 W 12 Mile Rd<br>Farmington, MI 48331-5608 | Avante<br>3600 South Gessner<br>Houston, TX 77063-5184 |
| BJC Healthcare<br>PO Box 958410<br>Saint Louis, MO 63195-8410 | Cach, LLC<br>4340 S. Monaco St Fl 2<br>Denver, CO 80237-3485 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| (p)CLUB FITNESS<br>3701 N ST PETERS PKWY<br>SUITE A<br>ST PETERS MO 63376-7370 | Dcma<br>201 N. Main Street<br>Saint Charles, MO 63301-2878 | Debt Recovery Solutions, LLC<br>PO Box 9001<br>Westbury, NY 11590-9001 |
| Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Firstsource Advantage LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 | Galaxy Asset Purchasing<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 |
| King of Kash<br>14926 Manchester Rd.<br>Ballwin, MO 63011-4623 | Kramer & Frank P.C.<br>9300 Dielman Ind. Dr. #100<br>St. Louis, MO 63132-3080 | MSD<br>2350 Market Street<br>St. Louis MO 63103-2555 |
| Mercy Health<br>14528 S. Outer Forty, Suite 100<br>Chesterfield, MO 63017-5743 | Missouri American Water<br>PO Box 94551<br>Palatine, IL 60094-4551 | Missouri College<br>1405 S Hanley Rd<br>Saint Louis, MO 63144-2902 |
| Missouri Department of Revenue<br>PO Box 475<br>301 W High St<br>Jefferson City MO 65101-1517 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | North County Emerg Phys LLP<br>75 Remittance Drive, Ste. 1151<br>Chicago, IL 60675-1151 |
| Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 | Our Urgent Care LLC<br>PO Box 795216<br>Saint Louis, MO 63179-0701 | Penn Credit Corp<br>PO Box 988<br>Harrisburg, PA 17108-0988 |
| Receivable Solutions, Inc<br>PO Box 505023<br>Saint Louis, MO 63150-5023 | Republic Services<br>18716 MO-177<br>Cape Girardeau, MO 63703 | Robert Schwarze<br>1224 Graham Rd.<br>Suite 1110<br>Florissant, MO 63031-8028 |

| | | |
|---|---|---|
| SSM Health Care<br>Dept 0060<br>PO Box 801776<br>Kansas City, MO 64180-1776 | Schumacher Group<br>165 Caprice Ct., Unit B<br>Castle Rock, CO 80109-1559 | St Louis Community Cu<br>3651 Forest Park Ave<br>Saint Louis, MO 63108-3380 |
| Stellar Rec<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 | The W Dental Group<br>13408 New Halls Ferry Road<br>Florissant, MO 63033-3035 | Transworld Systems Inc.<br>PO Box 17221<br>Wilmington, DE 19850-7221 |
| United States Attorney<br>111 South 10th Street<br>St. Louis MO 63102-1125 | Valarity<br>PO Box 505023<br>Saint Louis, MO 63150-5023 | Vantage Credit Union<br>4020 Fee Fee Road<br>Bridgeton, MO 63044-2708 |
| John V. LaBarge Jr<br>Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143-0908 | Sean C. Paul<br>The Law Offices of Sean C. Paul, PC<br>8917 Gravois Rd<br>2nd Floor<br>St. Louis, MO 63123-4623 | Tierra M. Woods<br>1700 Parktree Lane<br>St. Louis, MO 63138-1231 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Club Fitness<br>Customer Service Center<br>3643 N. St. Peters Pkwy.<br>Saint Peters, MO 63376 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |